1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE REGENTS OF UNIVERSITY OF
CALIFORNIA and JANET NAPOLITANO,
in her official capacity as President of the
University of California,

        Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY and ELAINE
DUKE, in her official capacity as Acting
Secretary of the Department of Homeland
Security,

        Defendants.
_____/

No. C 17-05211 WHA

**NOTICE RE SEPTEMBER 21
CASE MANAGEMENT
CONFERENCE**

      On September 12, the above-captioned DACA case was assigned to the undersigned

judge. Thereafter, the parties in *State of California v. United States Department of Homeland

Security*, Case No. 17-cv-05235 MEJ stipulated to relate their case. A case management

conference will be held on THURSDAY, SEPTEMBER 21 AT 10:30 A.M. to set the schedule of

these DACA cases going forward.

Counsel in another DACA case, *City of San Jose v. Donald Trump*, Case No. 17-cv-05329 HRL, are requested to attend the September 21 case management conference, even if their action has not been formally reassigned. Furthermore, the Court requests counsel for all parties immediately confer to consider whether to stipulate to relating the San Jose action.

**IT IS SO ORDERED.**

Dated:   September 18, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE