# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 5, 2018

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Department of Homeland Security, et al.
          v. Regents of the University of California, et al.
          No. 18-587
          (Your No. 18-80008)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on November 5, 2018 and placed on the docket November 5, 2018 as No. 18-587.

Sincerely,

**Scott S. Harris**, Clerk

by

Jeffrey Atkins
Deputy Clerk