UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 25 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, In her official capacity as President of the University of California,<br><br>    Plaintiffs - Appellees,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and KIRSTJEN NIELSEN, In her official capacity as Acting Secretary of the Department of Homeland Security,<br><br>    Defendants - Appellants. | No. 18-15068<br><br>D.C. No. 3:17-cv-05211-WHA<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |
| STATE OF CALIFORNIA; et al.,<br><br>    Plaintiffs - Appellees,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>    Defendants - Appellants. | No. 18-15069<br><br>D.C. No. 3:17-cv-05235-WHA<br>U.S. District Court for Northern California, San Francisco |

| | |
|---|---|
| CITY OF SAN JOSE,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity; et al.,<br><br>        Defendants - Appellants. | No. 18-15070<br><br>D.C. No. 3:17-cv-05329-WHA<br>U.S. District Court for Northern California, San Francisco |
| DULCE GARCIA; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>        Defendants - Appellants. | No. 18-15071<br><br>D.C. No. 3:17-cv-05380-WHA<br>U.S. District Court for Northern California, San Francisco |
| COUNTY OF SANTA CLARA and SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al.,<br><br>        Defendants - Appellants. | No. 18-15072<br><br>D.C. No. 3:17-cv-05813-WHA<br>U.S. District Court for Northern California, San Francisco |

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF CALIFORNIA; et al.,<br><br>       Plaintiffs - Appellees,<br><br>v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>       Defendants - Appellants. | No. 18-15128<br><br>D.C. Nos. 3:17-cv-05211-WHA, 3:17-cv-05235-WHA, 3:17-cv-05329-WHA, 3:17-cv-05380-WHA, 3:17-cv-05813-WHA<br><br>U.S. District Court for Northern California, San Francisco |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA; et al.,<br><br>       Plaintiffs - Appellants,<br><br>v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>       Defendants - Appellees. | No. 18-15133<br><br>D.C. Nos. 3:17-cv-05211-WHA, 3:17-cv-05235-WHA, 3:17-cv-05329-WHA, 3:17-cv-05380-WHA, 3:17-cv-05813-WHA<br><br>U.S. District Court for Northern California, San Francisco |
| DULCE GARCIA; et al.,<br><br>       Plaintiffs - Appellants,<br><br>v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>       Defendants - Appellees. | No. 18-15134<br><br>D.C. Nos. 3:17-cv-05211-WHA, 3:17-cv-05235-WHA, 3:17-cv-05329-WHA, 3:17-cv-05380-WHA, 3:17-cv-05813-WHA<br><br>U.S. District Court for Northern California, San Francisco |

The judgment of this Court, entered November 08, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

> FOR THE COURT:
>
> MOLLY C. DWYER
> CLERK OF COURT
>
> By: Quy Le
> Deputy Clerk
> Ninth Circuit Rule 27-7