# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

June 28, 2019

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re: Department of Homeland Security, et al.
        v. Regents of the University of California, et al.
        No. 18-587
        (Your No. 18-80008)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted. The petitions for writs of certiorari before judgment in No. 18-588 and No. 18-589 are granted. The cases are consolidated, and a total of one hour is allotted for oral argument.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk